EAST BATON ROUGE PARISH
Filed Aug 02, 2023 4:11 PM
Deputy Clerk of Court
E-File Received Aug 02, 2023 12:22 PM

C-735371
32

Case 3:23-cv-00827-JWD-EWD    Document 1-2    08/25/23    Page 1 of 7

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NUMBER:                                                    DIVISION: "    "

NORMANDY VILLAGE, LLC AND EL CID, LLC

VERSUS

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, INDIAN HARBOR INSURANCE
COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE
COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED
SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, HDI
GLOBAL SPECIALTY SE, OLD REPUBLIC UNION INSURANCE COMPANY, GEOVERA
SPECIALTY INSURANCE COMPANY, TRANSVERSE SPECIALTY INSURANCE
COMPANY

**"HURRICANE CASE"**

FILED:_____          _____

                                                    DEPUTY CLERK
******************************************************************************

**PETITION FOR DAMAGES WITH JURY DEMAND**

The petition of NORMANDY VILLAGE, LLC and EL CID, LLC, each domestic limited

liability companies, organized under the laws of Louisiana, domiciled in East Baton Rouge

Parish:

1.

Made Defendants herein are Certain Underwriters at Lloyd's, London, Indian Harbor

Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General

Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington

Insurance Company, HDI Global Specialty SE, Old Republic Union Insurance Company,

GeoVera Specialty Insurance Company, Transverse Specialty Insurance Company,

("Defendants,") foreign insurance companies licensed to do business in the State of Louisiana

and the Parish of East Baton Rouge, which may be served through their Registered Agent of

Service of Process: the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge,

Louisiana 70809.

2.

At all times relevant hereto, petitioners, Normandy Village, LLC and El Cid, LLC,

properties ("The Properties") located at the following addresses: 7878 LaSalle Ave, Baton

Rouge, Louisiana 70898 and 448 West Parker Boulevard, Baton Rouge, Louisiana 70808.

Plaintiffs are each domestic limited liability companies, organized under the laws of Louisiana, domiciled in East Baton Rouge Parish.

3.

Venue is proper in this Court pursuant to articles 74, 76 and 76.1 of the Louisiana Code of Civil Procedure.

4.

At all times relevant hereto, the Defendants, provided a policy of insurance, Policy Number PROP-STR7-031301-20 ("Policy), to the Plaintiffs, which provided coverage for the hurricane winds and damages at issue herein.

5.

On August 29, 2021, Hurricane Ida struck Louisiana as one of the most powerful storms in U.S. history making landfall near Port Fourchon, in Lafourche Parish with maximum sustained wind speeds of 140 to 150 miles per hour.

6.

A Category 4 storm with extreme winds, Ida caused widespread damage to much of southeast Louisiana. Plaintiffs' properties located at 17878 LaSalle Ave, Baton Rouge, Louisiana 70898 and 448 West Parker Boulevard, Baton Rouge, Louisiana 70808 were not spared and incurred significant damage.

7.

Consequently, the damage to Plaintiffs' properties was caused by wind and rain.

8.

In the near aftermath of the Hurricane, Plaintiffs reported the damage to Defendants, and requested a claim be filed. Claim number CLM38773 was assigned.

9.

Upon notification of the loss, Defendants sent an adjuster to inspect the premises.  As a result of that inspection an estimate of Plaintiffs' loss and damage was created.

10.

The estimate, however, grossly underreported the damage to the Properties.

11.

Defendants' inspection of the Properties constituted satisfactory proof of loss, as that

2

term is used in conjunction with Louisiana's bad faith statutes, La. R.S. §§ 22:1892 and 22:1973.

12.

Plaintiffs complied with all terms and conditions of the policies and provided satisfactory proof of loss to the Defendants. In addition, once Plaintiffs realized Defendants would not adjust their claims fairly, they retained the services of Crawford Engineering, LLC ("Crawford") to inspect and evaluate the properties, determine the extent of the damage caused by the Hurricane, and document their findings.

13.

Complainants then provided the findings and opinions of Crawford to their contractor, Faulk and Meek General Contractors, LLC, and requested that they provide a quote to perform all hurricane related repairs noted by Crawford.

14.

On June 23, 2023, they created a quote indicating that the Properties had been damaged by the Hurricane and that repairs could be accomplished to both properties for the lump sum amount of $788,175.00.

15.

On June 29, 2023 a demand for release of unconditional tenders was sent to Defendants, along with the findings of Crawford and the repair quote from Faulk and Meek General Contractors, LLC, each demonstrating the losses documented therein.

16.

Despite receiving this proof of loss, Defendants have yet to tender adequate insurance proceeds.

17.

Plaintiffs attempted to recover the remaining amount of their damages from Defendants to no avail.

18.

Upon information and belief, Defendants purposely and/or negligently, failed to timely tender proceeds due to Plaintiffs after receiving satisfactory proof of loss.

19.

Thereafter, Defendants failed to fulfill its obligations under the policy of insurance,

3

thereby breaching its duty of good faith and fair dealing that it owes to Plaintiffs, and is liable

unto Plaintiffs for the following reasons, to-wit:

     a.     Failing to pay for all damages due under the policy;

     b.     Failing to include all damages in scope of loss / damage estimate;

     c.     Failing to bring in qualified professionals to timely and properly assess all
of the damages;

     d.     Overly depreciating the value of the properties and the value of contents
items;

     e.     Refusing to explain or provide insured with a copy of the
depreciation schedule used to calculate depreciation;

     f.     Failing to provide any explanation for failure to pay;

     g.     Failing to pay for post-catastrophe price increases;

     h.     Failure to timely and properly communicate with insured; and

     i.     Arbitrary and capricious failure to investigate, initiate loss adjustment,
analyze, and pay claim in good faith and within a reasonable period of
time, all in violation of LSA R.S. Arts. 22:1973 and 22:1892.

20.

As a result of the foregoing acts and/or omissions, Defendants should adequately

compensate petitioners for all items covered under the policy of insurance, including but not

limited to:

     a.     Full value of the properties damage to petitioner's properties;

     b.     Loss of Use;

     c.     Recoverable Depreciation;

     d.     Remediation;

     e.     Debris Clean Up and Removal;

     f.     Cost of Compliance;

     g.     Consequential Damages;

     h.     Attorney fees and case costs;

     i.     Lost contents;

     j.     Wrongfully denying coverage for the loss; and

      k.      Arbitrary and capricious penalties, attorney's fees, and general and special damages pursuant to LSA R.S. Arts. 22:1973 and 22:1892.

<b>JURY DEMAND</b>

Plaintiffs request a trial by jury.

<b>PRAYER</b>

WHEREFORE, your petitioners, Normandy Village, LLC and El Cid, LLC, pray that defendants, Certain Underwriters at Lloyd's, London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE, Old Republic Union Insurance Company, GeoVera Specialty Insurance Company, Transverse Specialty Insurance Company, be served with a copy of this petition, and that after all legal delays they be required to answer same and after all proceedings there be a judgment in favor of your petitioners, Normandy Village, LLC and El Cid, LLC, for all amounts commensurate with their damages to include property damage, loss of use, recoverable depreciation, remediation, debris clean up and removal, cost of compliance, loss of contents, consequential damages, and arbitrary and capricious penalties and attorney's fees pursuant to LSA R.S. Arts. 22:1973 and 22:1892, all as reasonable under the premises, to be determined by the trier of fact; said judgment against defendants, Certain Underwriters at Lloyd's, London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE, Old Republic Union Insurance Company, GeoVera Specialty Insurance Company, Transverse Specialty Insurance Company, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, for all expert fees and for all general and equitable relief.

                    Respectfully submitted:

                    **THE VOORHIES LAW FIRM**
                    RICHARD P. VOORHIES III (#30782)
                    MICHAEL LONEGRASS (#28124)

5

Energy Centre
1100 Poydras St., Suite 2810
New Orleans, Louisiana 70163
Phone: (504) 875-2223
Fax: (504) 875-4882
E-mail: richard@voorhieslaw.com
       mike@voorhieslaw.com

***ATTORNEYS FOR PLAINTIFFS***

**PLEASE SERVE:**

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**
**THROUGH ITS AGENT FOR SERVICE:**
**LOUISIANA SECRETARY OF STATE**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

**INDIAN HARBOR INSURANCE COMPANY**
**THROUGH ITS AGENT FOR SERVICE:**
**LOUISIANA SECRETARY OF STATE**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

**QBE SPECIALTY INSURANCE COMPANY**
**THROUGH ITS AGENT FOR SERVICE:**
**LOUISIANA SECRETARY OF STATE**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

**STEADFAST INSURANCE COMPANY**
**THROUGH ITS AGENT FOR SERVICE:**
**LOUISIANA SECRETARY OF STATE**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

**GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA**
**THROUGH ITS AGENT FOR SERVICE:**
**LOUISIANA SECRETARY OF STATE**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

**UNITED SPECIALTY INSURANCE COMPANY**
**THROUGH ITS AGENT FOR SERVICE:**
**LOUISIANA SECRETARY OF STATE**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

**LEXINGTON INSURANCE COMPANY**
**THROUGH ITS AGENT FOR SERVICE:**
**LOUISIANA SECRETARY OF STATE**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

**HDI GLOBAL SPECIALTY SE**
**THROUGH ITS AGENT FOR SERVICE:**
**LOUISIANA SECRETARY OF STATE**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

**OLD REPUBLIC UNION INSURANCE COMPANY**
**THROUGH ITS AGENT FOR SERVICE:**
**LOUISIANA SECRETARY OF STATE**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

**GEOVERA SPECIALTY INSURANCE COMPANY**
**THROUGH ITS AGENT FOR SERVICE:**
**LOUISIANA SECRETARY OF STATE**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

**TRANSVERSE SPECIALTY INSURANCE COMPANY**
**THROUGH ITS AGENT FOR SERVICE:**
**LOUISIANA SECRETARY OF STATE**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**